UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEPHEN JONES, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:00CV628 CEJ |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on movant's "application to file a second or successive petition of habeas corpus under 28 U.S.C. § 2255." This Court lacks jurisdiction to grant the application because the AEDPA requires that it be presented to the appropriate court of appeals. 28 U.S.C. §§ 2244, 2255. As a result, the application shall be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's "application to file a second or successive petition of habeas corpus under 28 U.S.C. § 2255" [#27] is **DENIED**.

Dated this 1st day of October, 2007.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE